

FILED & JUDGMENT ENTERED
Steven T. Salata

February 20 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| In re: | |
| Hudler Tree Farm, LLC, | Chapter 7 |
| Debtor. | Case No. 18-50803 |

**ORDER GRANTING APPLICATION TO EMPLOY**
**ATTORNEY AS SPECIAL COUNSEL**

This matter came before the Court on the *Trustee's Application to Employ Special Counsel* Pursuant to Section 327(e) and 330 of the Bankruptcy Code filed by A. Cotten Wright, Chapter 7 Trustee of Hudler Tree Farm, LLC (the "Trustee"). The Court, having reviewed the Application and the Declaration of Whitney Ivey attached thereto, as well as the record in this case, has determined that the Application should be allowed.

IT IS, THEREFORE, ORDERED that the Trustee is authorized to employ Ms. Ivey and Adams & Ivey Attorneys at Law as special counsel to the Trustee according to the terms set forth in the Application, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefore.

This Order has been signed
Electronically. The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court