# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

In re:

Hudler Tree Farm, LLC,

    Debtor.

Chapter 7

Case No. 18-50803

## APPLICATION FOR COMPENSATION
## TO ADAMS & IVEY PLLC

A. Cotten Wright, the trustee in the above-referenced case (the "Trustee"), hereby files this *Application for Compensation to Adams & Ivey PLLC* ("Adams & Ivey") for fees and reimbursement of expenses as special counsel as follows:

1. On February 20, 2019, the Court entered an Order on the Trustee's application to employ Adams & Ivey as special counsel to the Trustee to document the transfer of stands of Christmas Trees in Ashe County, North Carolina. (D.E. 31).

2. Attached hereto as **Exhibit A** is a summary of the fees and expenses of Adams and Ivey as special counsel.

3. Work of Adams & Ivey as special counsel to the Trustee is complete.

WHEREFORE, the Trustee requests that the court approve compensation of **$1,000.00** and expenses reimbursed in the amount of **$26.00** to Adams & Ivey from the estate as a cost of administration in this matter.

This the 17th day of April, 2019.

                                       */s/ Anna S. Gorman*
                                       Anna S. Gorman (State Bar No. 20987)
                                       101 North Tryon Street, Suite 1240
                                       Charlotte, NC 28246
                                       (704) 332-0208
                                       (704) 332-0215 Facsimile
                                       agorman@grierlaw.com

ADAMS & IVEY PLLC  
58 South Grayson Street  
Sparta, NC 28675



# Invoice

| Date | Invoice # |
|---|---|
| 4/5/2019 | 1523 |

**Bill To**

Chapter 7 Bankrtupcy Trustee
c/o A. Cotten Wright
101 N. Tryon Street
Suite 1240
Charlotte, NC 28246

| Description | Amount |
|---|---:|
| Review of Leases, Search for Liens and UCC's on existing Trees, Draft of Bill of Sale and Assignment of Leases, Disbursement Summary, recording of document in Ashe County Registry: 5 hours @$200 per hour | 1,000.00 |
| Filing & Court Fees | 26.00 |

**Total** $1,026.00

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

In re:

Hudler Tree Farm, LLC,

Debtor.

Chapter 7

Case No. 18-50803

## NOTICE OF OPPORTUNITY FOR HEARING

TAKE NOTICE that the Trustee in this case has filed papers with the Court seeking compensation for Adams & Ivey PLLC of **$1,000.00** and reimbursement of expenses of **$26.00** for services rendered to the Trustee as special counsel with regard to documenting the transfer of stands of Christmas Trees.

> <u>Your rights may be affected</u>. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to authorize the compensation and reimbursement of expenses which the attorneys and accountants have requested, or if you want the Court to consider your views on the request for compensation, then on or before **twenty-one days of the filing of this notice, you or your attorney must do three (3) things:**

1. **File with the Court a written request for a hearing at:**

    U.S. Bankruptcy Court
    401 W. Trade St.
    Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for filing your written request for hearing, you must also mail or fax a copy of your written request for hearing to:**

    A. Cotten Wright, Trustee
    101 North Tryon Street, Suite 1240
    Charlotte, NC 28246
    Fax: (704) 332-0215

3. **If you request a hearing, you or your attorney must** attend a hearing which would be held at **11:00 a.m.** on **June 7, 2019**, in the Bankruptcy Courtroom of the United States Courthouse, 200 W. Broad Street, Statesville, NC. No hearing will be held unless you request it.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the compensation and reimbursement of expenses as set out above and may enter an order approving the compensation and reimbursement of expenses.

This the 17th day of April, 2019.

/s/ *Anna S. Gorman*
Anna S. Gorman (NC State Bar #: 20987)
Grier Wright Martinez PA
101 N. Tryon Street, Suite 1240
Charlotte, NC 28246
(704)332-0208 - Telephone
(704)332-0215 - Fax
agorman@grierlaw.com - E-mail Address

*Attorneys for the Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| In re: | |
| Hudler Tree Farm, LLC, | Chapter 7 |
| Debtor. | Case No. 18-50803 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the *Application for Compensation to Adams & Ivey PLLC* and *Notice of Opportunity for Hearing* were served on those parties who have requested electronic service in this case through the Court's electronic noticing system and the party below and the *Notice of Opportunity for Hearing* has been served on the creditor matrix in this case.

Adams & Ivey PLLC
Attn: Whitney Ivey
58 South Grayson Street
Sparta, NC 28675

This is the 17th day of April, 2019.

/s/ *Anna S. Gorman*
Anna S. Gorman
Grier Wright Martinez PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246

Label Matrix for local noticing
0419-5
Case 18-50803
Western District of North Carolina
Statesville
Wed Apr 17 11:52:05 EDT 2019

185 TOM ABSHER RD
LAUREL SPRINGS, NC 28672-9514

Ashe County Tax Office
150 Government Circle, Suite 2250
Jefferson, NC 28640-8962

BX Specialty Christmas Trees
506 Elizabeth Road
Palm Beach, FL 33461-3765

Baxter Bailey & Associates
c/o Davison Law Firm
6000 Poplar Ave. Suite 250
Memphis, TN 38119-3974

Blue Ridge Energy
PO Box 112
Lenoir, NC 28645-0112

Blue Ridge Tractor Co.
PO Box 149
Wilkesboro, NC 28697-0149

Rachel M Blunk
Forrest Firm, P.C.
301 South Greene Street
Greensboro, NC 27401-2660

Bozeman's Tree Farm *duplicate*
Attn: Beckie Kelly
7470 Hickory Hollow
Lumberton, TX 77657-9779

Bozeman's Tree Farm
Jay Kelley and Beckie Kelley
7470 Hickory Hollow Drive
Lumberton, TX 77657-9779

Charles (Chuck) M. Ivey, IV *COF*
100 South Elm Street
Ste. 500 (Fifth Floor)
Greensboro, NC 27401-2638

Cornett Carolina Trees
Attn: Dale E. Cornett
PO Box 172
Vilas, NC 28692-0172

Robert A. Cox Jr.
Bradley Arant Boult Cumming LLP
214 N. Tryon Street
Suite 3700  *COF*
Charlotte, NC 28202-2671

Creative Transportation
Attn: Jan Chandler
2060 Valley Road
Lenoir, NC 28645

Credit Bureau
PO Box 26140
Greensboro, NC 27402-6140

Daniel C. Bruton
Bell Davis & Pitt, PA  *COF*
PO Box 21029
Winston-Salem, NC 27120-1029

David Fitzpatrick
422 Holman Road
Todd, NC 28684-9429

Elgin Christmas Tree Farm
Twyla & Marc Nash
PO Box 1240
Elgin, TX 78621-8240

Elizabeth Littleton Murphy and William Jett
625 Laural Ridge Road South
Fleetwood, NC 28626-9111

Elizabeth and William Murphy *duplicate*
625 Laurel Ridge Road
Fleetwood, NC 28626-9111

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Ewing Farms
Attn: Tommy Harmon
320 Navidad Lane
Vilas, NC 28692-9750

Ewing Frasier Fir Farm *duplicate*
c/o Tommy Hardon
320 Navidad Lane
Vilas, NC 28692-9750

Anna S. Gorman
Grier, Furr, & Crisp PA *COF*
101 North Tryon St.
Suite 1240
Charlotte, NC 28246-0104

Goss Christmas Tree Farm
Attn: Terry Goss
PO Box 728
West Jefferson, NC 28694-0728

Hall Farms Transportation
Attn: Richard Hall
551 Beechwood Drive
Clarksville, TN 37040-2936

Hudler Tree Farm, LLC
PO Box 444
West Jefferson, NC 28694-0444

Husser & Husser, PC
Attn: John S. Husser
PO Box 1897
Rome, GA 30162-1897

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Charles (Chuck) M. Ivey IV  
IVEY McCLELLAN GATTON SIEGMUND L.L.P.  
P.O. Box 3324  
Greensboro, NC 27402-3324

Jefferson Rent-All, Inc.  
427 South Main Street  
Jefferson, NC 28640-9519

Jorge B. Ledezma  
1479 NC Highway 88 West  
West Jefferson, NC 28694-7143

Jorge Ledezma  
1479 NC Highway 88 West  
West Jefferson, NC 28694-7143

Karen Fender  
185 Tom Absher Road  
Laurel Springs, NC 28672-9514

LIFE STORE BANK  
Attn: Chuck Ivey  
100 South Elm Street  
Ste. 500 (Fifth Floor)  
Greensboro, NC 27401-2638

Robert P. Laney  
McELWEE FIRM, PLLC  
906 Main Street  
North Wilkesboro, NC 28659-4216

Life Store Bank  
Post Office Box 26  
West Jefferson, NC 28694-0026

Life Store Bank  
1441 Mt. Jefferson Road  
West Jefferson, NC 28694-8336

LoanMe  
1900 S State College Blvd, Ste 300  
Anaheim, CA 92806-6152

LoanMe  
Attn: Heip Hoang  
1900 S State College Blvd, Ste 300  
Anaheim, CA 92806-6152

Martin Little  
435 Holly Ridge Road  
Jefferson, NC 28640

Maxim Sablin  
Russian Railway Section  
Moscow Road - Kuzminka River  
Shushary Saint-Petersburg Russia, 19662

NC Department of Revenue  
PO Box 1168  
Raleigh, NC 27602-1168

North Carolina Department of Revenue  
Bankruptcy Unit  
P.O. Box 1168  
Raleigh, NC 27602-1168

Old Time Christmas Tree Farm  
Attn: Damian Prause  
7632 Spring Cypress Road  
Spring, TX 77379-3113

Online Freight Services  
Attn: Kevin Wolfe  
2275 Waters Drive  
Mendota Heights, MN 55120-1363

Sexton Tree Farm  
Attn: Greg Sexton  
1616 Highway 16 South  
Jefferson, NC 28640-9254

Sexton Tree Farms  
Attn: Greg Sexton  
1616 Highway 16 South  
Jefferson, NC 28640-9254

Skybest  
PO Box 759  
West Jefferson, NC 28694-0759

Spring Creek Growers  
Attn: Bob Jones  
23803 Decker Prairie-Rosehill Rd  
Magnolia, TX 77355

St. Raphael's Catholic Church  
Attn: Oscar Gamble  
PO Box 1521  
LeHigh Acres, FL 33970-1521

Steve Leath and Sons  
PO Box 190  
Jefferson, NC 28640-0190

Team One at Path Mark Transportation  
Attn: Tracy Williams  
5050 Poplar Ave., Ste 900  
Memphis, TN 38157-0900

The Business Backer  
10856 Reed Hartman Highway, Ste 100  
Cincinnati, OH 45242-2820

Three Top Tree Farm, LLC  
Bonifacio Ledezma  
1642 West Mill Creek Road  
Warrensville, NC 28693

Tracy Davis  
Mt. Greenery  
PO Box 412  
Jefferson, NC 28640-0412

U.S. Bankruptcy Administrator  
402 W. Trade Street  
Suite 200  
Charlotte, NC 28202-1673

U.S. Bankruptcy Administrator Office  
402 W. Trade Street  
Suite 200  
Charlotte, NC 28202-1673

US Attorney  
227 West Trade Street, Suite 1700  
Charlotte, NC 28202-1675

| United States Attorney | Wallace's Garden Center | Anna Cotten Wright |
| Federal Courthouse Rm. 233 | Attn: Kate Wallace | Grier & Crisp, PA |
| 100 Otis Street | 2605 Devils Glen Road | 101 N Tryon St, Suite 1240 |
| Asheville, NC 28801-2608 | Bettendorf, IA 52722-3443 | Charlotte, NC 28246-0104 |

Anna Cotten Wright
Grier Wright Martinez, PA
101 N. Tryon St., Suite 1240
Charlotte, NC 28246-0104

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Bankruptcy Administrator | (u)Edward P Bowers | (d)Daniel C. Bruton |
| Western District of NC | Middleswarth Bowers & Co, LLC | Bell Davis & Pitt, PA |
| 402 West Trade Street, Suite 200 | | PO Box 21029 |
| | | Winston-Salem, NC 27120-1029 |

| (u)Iron Horse Auction Co, Inc. | (u)Sexton Christmas Tree Farms, Inc. | (u)Steve Leath and Sons |

(d)Anna Cotten Wright
Grier & Crisp, PA
101 N Tryon St, Suite 1240
Charlotte, NC 28246-0104

End of Label Matrix
Mailable recipients    63
Bypassed recipients     7
Total                  70