# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

In re:

Hudler Tree Farm, LLC,

      Debtor.

Chapter 7

Case No. 18-50803

## APPLICATION FOR COMPENSATION
## TO GRIER WRIGHT MARTINEZ, PA

A. Cotten Wright, the trustee in the above-referenced case (the "Trustee"), hereby files this *Application for Compensation to Grier Wright Martinez, PA* for fees and reimbursement of expenses for the period January 4, 2019 through October 4, 2019, respectfully represents as follows:

1. On January 14, 2019, the Court entered an Order on the Trustee's application to employ the firm of Grier & Crisp, PA ("GC") as counsel for the Trustee in this case. (D.E. 11). GCC subsequently changed its name to Grier Wright Martinez, PA ("Grier").

2. Grier contends that it spent the following collective time in performing the services referred to herein, and it is informed and believes that its services rendered as counsel for the Trustee are reasonably worth the sum set forth below, and that it should be allowed and paid said sum as professional fees and expenses as a cost of administration of the bankruptcy estate:

| A. Cotten Wright (ACW) | 7.10 hrs. | @ $380 | $2,698.00 |
|---|---|---|---|
| Anna S. Gorman (ASG) | 23.40 hrs. | @ $360 | $8,424.00 |
| Brittany Lewis (BNL) | 1.10 hrs. | @ $165 | $181.50 |
| **Total Fees**: | | | **$11,303.50** |
| Expenses: | | | $245.29 |
| **Total Fees & Expenses:** | | | **$11,548.79** |

Attached hereto as **Exhibit A and Exhibit B** are a summary of the fees and expenses as set forth above. Grier has not filed any prior fee requests in this case.

4. Attached as **Exhibit C** is a background summary of each professional included in this application.

WHEREFORE, Grier requests that the court approve compensation of **$11,303.50** and expenses reimbursed in the amount of **$245.29** to it from the estate as a cost of administration in this matter.

This the 7th day of October, 2019.

*/s/ A. Cotten Wright*
A. Cotten Wright (State Bar No. 28162)
Grier Wright Martinez, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
(704) 332-0207 Telephone
(704) 332-0215 Facsimile
cwright@grierlaw.com

*Attorneys for the Trustee*

*Grier Wright Martinez PA*
101 North Tryon Street
Suite 1240
Charlotte, NC 28246

(704) 375-3720

A. Wright  Oct 7, 2019
101 North Tryon Street Suite 1240
Charlotte, NC 28246

ATTN:
Matter:   Wrigtr/Hudler Tree Farm, LLC/19-7030
File #:   19-7030   /   14956

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-04-19 | Review background regarding new Chapter 7 case, draft demand letter for outstanding amount due to Debtor. | 0.80 | 288.00 | ASG |
| Jan-07-19 | Draft demand letters to many creditors of Debtors and have mailed. | 0.70 | 252.00 | ASG |
| Jan-08-19 | Receive and respond to calls and emails regarding collection letters. | 0.30 | 108.00 | ASG |
| Jan-14-19 | Respond to correspondences regarding demand letters for outstanding balances due. | 0.20 | 72.00 | ASG |
| | Draft Application to Employ for Grier & Crisp, PA.  File the same.  Draft proposed order for Application to Employ. Upload the same. Draft Application to Employ for Middleswarth Bowers and Co.  File the same.  Draft proposed order for Applicaiton to Employ.  Upload the same. | 0.30 | 49.50 | BNL |
| Jan-15-19 | Reviewed email and attachments from A.Brungot re: demand from Hall Trees Transportation that he pay for delivery invoiced by debtor; stopped payment on check for receivable.  Reviewed debtor's Schedule F to verify that Hall Trees Transportation is listed as a creditor.  Sent email to A.Brungot -- Hall Trees is listed as a creditor; & he can | 0.10 | 38.00 | ACW |

<u>Exhibit A</u>

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | refer them to me check for receivable should be reissued and sent to me. | | | |
| | Reviewed emails from creditors re: UCC financing statements. | 0.10 | 38.00 | ACW |
| Jan-18-19 | Review Auction Marketing Agreement, draft Motion to Retain Iron Horse Auction Co to liquidate personal property. Send to W. Lilly for review and signature. | 0.50 | 180.00 | ASG |
| | Call regarding bill from Hudler/ Trustee demand. | 0.20 | 72.00 | ASG |
| Jan-22-19 | Receive Declaration from W. Lilly, upload Motion and Order to retain Iron Horse to auction personal property of debtor. Research transfer of timber in NC. Call with W. Lilly about same. | 0.00 | 0.00 | ASG |
| Jan-23-19 | Receive Order authorizing entry into Auction Agreement, have Agreement executed, send all to W. Lilly with correspondence. | 0.20 | 72.00 | ASG |
| | Review Debtor's files on leases of land for trees. Call to W. Ivey, left message. Pull and review additional information on location of trees, leases of land. | 0.80 | 288.00 | ASG |
| Jan-24-19 | Reveiwed email and invoice from G.Sexton, Sexton Tree Farms, re: rent due for 2018. Drafted motion for authority to pay rent. | 1.00 | 380.00 | ACW |
| | Call with Whitney Ivey, agriculture attorney, regarding selling planted unmatured Christmas Trees, documentation needed, terms to retain her for special purpose. Request information from D. Hudler. | 0.50 | 180.00 | ASG |
| Jan-28-19 | Correspondence to D. Hudler regarding information needed regarding land leases and time sensitivity of issues. Call with D. Hudler regarding background on trees on property of C. Green. Call with C. Green and D. Green regarding trees on their property in town in W. Jefferson, history, agreement with Hudler, issues moving foward with liquidation of same. Discuss with ACW. Call to W. Lilly to discuss. | 1.00 | 360.00 | ASG |
| Jan-30-19 | Call with D. Green regarding Hudler trees | 0.40 | 144.00 | ASG |

Exhibit A

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | planted on his property. Correspondence to W. Ivey regarding plan to retain her firm as special counsel to draft transfer documents regarding planted trees. | | | |
| Jan-31-19 | Reviewed email from D.Bruton re: his meeting with creditors. | 0.10 | 38.00 | ACW |
| | Reviewed and responded to email from R. Hall re: claims; case assets. | 0.10 | 38.00 | ACW |
| | Call from D. Green regarding trees on unleased land he owns, discuss same with ACW and W. Lilly. | 0.40 | 144.00 | ASG |
| | Receive call D. Hudler regarding Fitzgerald lease, difficulty in finding. Search Ashe Co. ROD for same and note cannot find. D. Hudler to check once more with D. Fitzgerald, otherwise will need to enter into a lease as Trustee. | 0.40 | 144.00 | ASG |
| Feb-04-19 | Receive correspondence from D. Green and POC filed on behalf of C. and D. Green. Discuss options to resolve with ACW. Respond to D. Green's correspondence with proposal. Draft Motion to Approve Settlement and to abandon select trees on property owned by D. Green. Document lease of real property of D. Fitzgerald where a tree stand is located, send to D. Fitzgerald for review. | 2.20 | 792.00 | ASG |
| Feb-05-19 | Draft Ex Parte Motion and Order authorizing Trustee to execute a lease with D. Fitzgerald. | 0.80 | 288.00 | ASG |
| Feb-06-19 | Call to D. Fitzpatrick regarding lease of real property where trees are located. Finalize Ex Parte Motion seeking authority for ACW to sign same lease. Upload proposed Order allowing same. | 0.50 | 180.00 | ASG |
| Feb-07-19 | Receive payment from D. Green regarding sale of trees that are on his land. Finalize Motion to Sell, file and serve. Correspondence to D. Green with same. | 0.60 | 216.00 | ASG |
| Feb-11-19 | Reviewed and responded to email from D.Bruton re: 341 meeting; liquidation of assets. | 0.10 | 38.00 | ACW |

<u>Exhibit A</u>

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-12-19 | Receive executed lease by D. Fitzpatrick, have Trustee sign and have sent for filing in Ashe Co. | 0.20 | 72.00 | ASG |
| Feb-14-19 | Correspondences with W. Ivey. Draft Application to Employ W. Ivey as Special Counsel to transfer title of Christmas Tree Stands, Declaration supporting same and send to W. Ivey for review and signature. | 0.80 | 288.00 | ASG |
| Feb-15-19 | Reviewed and responded to email from R. Blunk re: documents she has. | 0.10 | 38.00 | ACW |
| | Sent email to R. Blunk re: lighting installed on Sexton property and 2019 rent. Reviewed response. | 0.20 | 76.00 | ACW |
| Feb-19-19 | Reviewed email from R. Blunk re: exchanging lighting for rent due. | 0.10 | 38.00 | ACW |
| | Received updated engagment letter from W. Ivey, finalize and file Motion to Employ Special Counsel. Discuss lease assignment issue with ACW. | 0.40 | 144.00 | ASG |
| Feb-20-19 | Receive court order authorizing retaining W. Ivey as special counsel. Send to W. Ivey with correspondence. | 0.10 | 36.00 | ASG |
| Feb-21-19 | Email to D. Bruton re: call from T. Harmon to ASG. | 0.10 | 38.00 | ACW |
| | Note no objections to Motion to Sell certain trees to D. Green, draft proposed Court Order allowing same, draft Bill of Sale. Draft Motion to Assume and Assign Non-Residential Leases of three parcels of land/Leases where Debtor trees are growing. Draft Motion to Approve a Settlement with Sexton Tree Farm exchanging lighting installed for post-petition rent. | 2.40 | 864.00 | ASG |
| Feb-23-19 | Reviewed and edited motion to assume leases. | 0.30 | 114.00 | ACW |
| | Reviewed and edited motion to settle as to light fixtures. | 0.20 | 76.00 | ACW |
| Feb-25-19 | Upload Order regarding sale to D. Green. Finalize Motion to Approve Settlement with Sexton Tree Farm. Finalize Motion to Assume | 1.20 | 432.00 | ASG |

Exhibit A

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Leases of land where trees are growing. File and have served. | | | |
| Feb-26-19 | Correspondences with W. Murphy regarding past due post-petition rent due for land leased by Debtor for Christmas Trees. Discuss with ACW. Draft Ex Parte Motion and Order for authority to pay administrative expense claim, file same. | 0.80 | 288.00 | ASG |
| Feb-28-19 | Sent emails to S. Wilkes re: motion to approve sale and assignment of leases to him or his company. | 0.10 | 38.00 | ACW |
| Mar-01-19 | Review, file and serve motion to sell trees and assign leases. | 0.30 | 49.50 | BNL |
| Mar-04-19 | Reviewed voicemail message from S. Wilkes re: alleged misrepresentation as to trees. Call with W. Lilly. | 0.20 | 76.00 | ACW |
| Mar-05-19 | Reviewed email to S. Wilkes- he will honor his bid. | 0.10 | 38.00 | ACW |
| | Call with L. Murphy regarding bidder on trees. | 0.20 | 72.00 | ASG |
| Mar-06-19 | Corresondences with W. Ivey, send her information needed to transfer tree stands. | 0.40 | 144.00 | ASG |
| Mar-11-19 | Draft Proposed Court order regarding settlement with Sexton Tree Farm as no objections filed. | 0.30 | 108.00 | ASG |
| Mar-14-19 | Finalize Order regarding Settlement with Sexton Tree Farm and upload same for consideration. Correspondence with S. Groce, closing attorney regarding logistics of closing. | 0.30 | 108.00 | ASG |
| Mar-15-19 | Draft proposed Court Order authorizing assumption of land leases where Christmas Trees are growing and upload for consideration. Also draft proposed Court Order authorizing assignment of leases and sale of Christmas Trees. | 0.80 | 288.00 | ASG |
| Mar-18-19 | Receive Order re settlement with Sexton Tree farm, send to R. Blunk. | 0.10 | 36.00 | ASG |
| Mar-19-19 | Correspondence to W. Ivey with information | 0.40 | 144.00 | ASG |

Exhibit A

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | needed to close and update on sale order which is pending. | | | |
| Mar-20-19 | Update proposed Order regarding assumption of leases and sale of Christmas Trees and upload same for consideration. | 0.20 | 72.00 | ASG |
| Mar-21-19 | Receive Order authorizing Sale of trees and assignment of leases. Send to W. Ivey, closing attorney with correspondence. Send to purchaser at auction with correspondence about documenting sale. Send to landlords of Leases with correspondence about next steps. Correspondence with W. Lilly about closing. | 0.50 | 180.00 | ASG |
| Mar-26-19 | Receive and review sale document from W. Ivey, correspondences with W. Ivey and W. Lilly. Call with W. Lilly. | 0.40 | 144.00 | ASG |
| Mar-27-19 | Correspondences with W. Ivey regarding closing, call with W. Ivey, receive and have Sale Document executed. Draft cover letter re same. Receive and review Distribution Sheet. | 0.70 | 252.00 | ASG |
| Mar-28-19 | Correspondence with W. Ivey regarding closing. | 0.20 | 72.00 | ASG |
| Mar-29-19 | Receive Disbursement Sheet, have ACW sign and return, correspondence regarding filed closing documents and proceeds of sale. | 0.30 | 108.00 | ASG |
| Apr-07-19 | Reviewed email from B.Laney with letter from C.Ivey attached. Sent email to E.Bowers re: undisclosed transfers. | 0.20 | 76.00 | ACW |
| Apr-08-19 | Reviewed email from E.Bowers re: transfers. Sent email to B.Laney & C.Ivey re: investigation of transfers. | 0.20 | 76.00 | ACW |
| Apr-17-19 | Receive file stamped transfer documents and correspondence from W. Ivey. Draft and file Fee Application for Adams and Ivey as Special Counsel. | 0.80 | 288.00 | ASG |
| Apr-22-19 | Reviewed email from R. Blunk re: Sexton proof of claim. | 0.10 | 38.00 | ACW |

Exhibit A

|  |  |  |
|---|---|---|
| Totals | 26.00 | $9,311.00 |

## FEE SUMMARY:

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| A. Cotten Wright | 3.40 | $380.00 | $1,292.00 |
| Anna S. Gorman | 22.00 | $360.00 | $7,920.00 |
| Brittany Lewis | 0.60 | $165.00 | $99.00 |

## DISBURSEMENTS

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Jan-31-19 | Computer Assisted Research Pacer Service | 1.90 |  |
|  | Computer Assisted Research Pacer Service | 0.10 |  |
|  | Computer Assisted Research Pacer Service | 0.10 |  |
|  | Computer Assisted Research Pacer Service | 0.40 |  |
|  | Computer Assisted Research Pacer Service | 0.30 |  |
|  | Computer Assisted Research Pacer Service | 1.70 |  |
| Feb-07-19 | USPS.com/Wright-Hudler Tree Farm 19-7030 | 1.00 |  |
| Feb-12-19 | Postage | 0.50 |  |
| Feb-14-19 | Ashe ROD/recording fees/ACW-Hudler 19-7030 | 26.00 |  |
|  | FedEx | 28.43 |  |
| Feb-28-19 | Postage | 2.60 |  |
|  | Photocopy Charge | 22.00 |  |
|  | Computer Assisted Research Pacer Service | 3.50 |  |
|  | Computer Assisted Research Pacer Service | 0.40 |  |
|  | Computer Assisted Research Pacer Service | 0.70 |  |
|  | Computer Assisted Research Pacer Service | 0.30 |  |
|  | Totals | $89.93 | $0.00 |

Exhibit A

| | |
|---|---:|
| **Total Fees & Disbursements** | **$9,400.93** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due** | **$9,400.93** |

**Please make check payable to Grier Wright Martinez PA**

<u>Exhibit A</u>

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---:|---:|
| Feb-20-19 | Received From: Derek C Green |  | 200.00 |
|  | Derek C Green  19-7030 |  |  |
| Feb-26-19 | Paid To: A. Cotten Wrigh, Trustee for Hudler Tree Farm | 200.00 |  |
|  | ACW Tr/move sale proceeds/Hudler  19-7030 |  |  |
|  | Total Trust | $200.00 | $200.00 |
|  | **Trust Balance** |  | **$0.00** |

<u>Exhibit A</u>



# Grier Wright Martinez, PA

101 N. Tryon St., Suite 1240
Charlotte, NC 28246
Phone: (704) 375-3720
www.grierlaw.com

## STATEMENT

Statement # 50
Date: 10/07/2019
Due On: 11/01/2019

A Cotten Wright

### 19-7030/WRIGTR

### Trustee for Hudler Tree Farm, LLC

**Services**

| Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05/08/2019 | Draft Court Order allowing Adams & Ivey's professional fees as special counsel to the Trustee. | ASG | 0.20 | $360.00 | $72.00 |
| 05/13/2019 | Upload proposed Court Order to pay fees of Special Counsel. | ASG | 0.10 | $360.00 | $36.00 |
| 07/25/2019 | Reviewed claims filed in the case and began drafting claims report and objection. | ACW | 1.80 | $380.00 | $684.00 |
| 07/30/2019 | Completed draft claim report and arranged for filing and service. | ACW | 0.20 | $380.00 | $76.00 |
| 07/30/2019 | Reviewed and responded to email from R. Blunk re: amended proof of claim. | ACW | 0.20 | $380.00 | $76.00 |
| 07/31/2019 | Reviewed letter from C.Ivey and report from M.Bowers re: transfers. Reviewed schedules re: claims for Life Store Bank. Reviewed proof of claim filed by Life Store Bank. Conference with ASG re: transfers to D.Hudler for draw; transfer to Life Store Bank. | ACW | 0.80 | $380.00 | $304.00 |
| 08/01/2019 | Review and provide input into letter to LifeStore Bank's counsel including review of transfer history. | ASG | 0.30 | $360.00 | $108.00 |



Exhibit B

| Date | Description | | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/20/2019 | Reviewed letter from C. Ivey re: check to Life Store Bank. | ACW | 0.10 | $380.00 | $38.00 |
| 08/27/2019 | Sent email to M. Bowers re: letter from C. Ivey re: payment to Life Store Bank. Sent email to C. Ivey. | ACW | 0.10 | $380.00 | $38.00 |
| 08/29/2019 | Reviewed report by M. Bowers re: transfer to Business Backer. Confirmed that Business Backer was properly secured at time of transfers. Noted post-petition transfers. Requested ASG research whether post-petition transfer is recoverable. | ACW | 0.30 | $380.00 | $114.00 |
| 08/29/2019 | Research threshold for recovery of post-petition transfer. Email to ACW re: same. | ASG | 0.30 | $360.00 | $108.00 |
| 08/30/2019 | Email correspondence with R. Hall re: claims report. | ACW | 0.20 | $380.00 | $76.00 |
| 09/05/2019 | Review letter of M. Bowers regarding payments within 90 days of Petition Date, review UCC filings of Business Backer, review Schedules, Report of Sale, and determine no estate assets to be recovered, discuss with ACW. | ASG | 0.50 | $360.00 | $180.00 |
| 10/04/2019 | Draft application for compensation to Grier Wright Martinez, PA. Draft proposed order re same. Draft application for compensation to Middleswarth Bowers & Co.. Draft proposed order re same. Draft notice of opportunity for hearing re applications for compensation. | BLF | 0.50 | $165.00 | $82.50 |

**Quantity Subtotal** 5.6

**Services Subtotal** $1,992.50

**Expenses**

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 03/31/2019 | Online Research - Pacer: Pacer - Computer Assisted Research | 1.00 | $2.50 | $2.50 |
| 04/17/2019 | Copies: Notice of Opportunity for Hearing Adams & Ivey Compensation | 1.00 | $21.50 | $21.50 |
| 04/17/2019 | Postage: Notice of Opportunity for Hearing Adams & Ivey Compensation | 1.00 | $21.50 | $21.50 |
| 04/30/2019 | Online Research - Pacer: Pacer - Computer Assisted Research | 1.00 | $2.00 | $2.00 |
| 07/31/2019 | Online Research - Pacer | 1.00 | $23.50 | $23.50 |
| 09/13/2019 | Mileage: mileage to court hearing 17-7030 | 1.00 | $24.36 | $24.36 |
| 10/04/2019 | Postage: Estimated Postage for Notice of Opportunity for Hearing | 1.00 | $30.00 | $30.00 |
| 10/04/2019 | Copies: Estimated Copies for Notice of Opportunity for Hearing | 1.00 | $30.00 | $30.00 |

**Expenses Subtotal** $155.36

Exhibit B

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna S. Gorman | 1.4 | $360.00 | $504.00 |
| A. Cotten Wright | 3.7 | $380.00 | $1,406.00 |
| Brittany L. Franklin | 0.5 | $165.00 | $82.50 |
| | | **Quantity Total** | **5.6** |
| | | **Subtotal** | **$2,147.86** |
| | | **Total** | **$2,147.86** |

## Detailed Statement of Account

**Current Statement**

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 50 | 11/01/2019 | $2,147.86 | $0.00 | $2,147.86 |
| | | | **Outstanding Balance** | **$2,147.86** |
| | | | **Total Amount Outstanding** | **$2,147.86** |

**Trust Account**

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| | | | **Trust Account Balance** | | **$0.00** | |

Please make all amounts payable to: Grier Wright Martinez, PA

Exhibit B



# A. COTTEN WRIGHT

**Admissions**
- North Carolina State Bar (2001)
- U.S. District Courts for the Western District, Middle and Eastern Districts of North Carolina
- U.S. Court of Appeals, Fourth Circuit
- U.S. Supreme Court

**Education**
- Jacksonville University (B.A., magna cum laude, 1973)
- University of North Carolina (J.D., 2001); North Carolina Journal of International Law & Commercial Regulation

**Areas of Practice**
- Bankruptcy, Debtor/Creditor and Business Workouts
- Bankruptcy, Trustee, Chapters 7 and 11
- Receiverships
- Mediation

**Certification / Specialization**
- Board Certified Specialist in Business Bankruptcy Law by the North Carolina State Bar
- Certified as a Business Bankruptcy Specialist by the American Board of Certification
- Certified by the North Carolina Dispute Resolution Commission to conduct mediated settlement conferences in Superior Court civil actions

**Honors and Awards**
- Martindale-Hubbell, AV Preeminent Peer Review Rated
- Named to North Carolina Super Lawyers (Bankruptcy & Creditor / Debtor Rights), 2012- 2014

**Memberships**
- Mecklenburg County Bar Association
- North Carolina Bar Board of Legal Specialization
- North Carolina Bar Association
- North Carolina State Bar
- American Bar Association
- American Bankruptcy Institute
- National Association of Bankruptcy Trustees

**Representative Cases**
- *In re Jenkins*, 507 B.R. 856 (W.D.N.C. 2014), *rev'd by In re Jenkins*, 784 F.3d 230 (4th Cir. 2015); *In re Jenkins*, 2012 WL 6186347 (Bankr. W.D.N.C. Dec. 12, 2012); *In re Hickory Printing Group, Inc.*, 469 B.R. 623 (Bankr. W.D.N.C. 2012); *In re Pacific Ave.*, LLC, 2010 WL 3911345 (Bankr. W.D.N.C. Dec. 1, 2010); *Blue Cross and Blue Shield of North Carolina v. Jemsek Clinic, P.A., et al. (In re Jemsek)*, 441 B.R. 756 (Bankr. W.D.N.C. 2010); *In re Kuebler*, 2010 WL 2540298 (Bankr. W.D.N.C. Jun. 21, 2010); *In re Omar*, 2008 WL 822492 (W.D.N.C. 2008); *Rouse v. Ward*, 2008 WL 5054242 (Bankr. M.D.N.C. 2008); *In re Stafford*, 357 B.R. 730 (Bankr. W.D.N.C. 2006)

[Updated April 2016]

Exhibit C



# A<small>NNA</small> S. G<small>ORMAN</small>

**Education**
- University of North Carolina, Chapel Hill (B.S., 1989)
- Campbell University School of Law (J.D., 1994)

**Memberships**
- Mecklenburg County Bar Association
- North Carolina Bar Association
- North Carolina State Bar
- American Bankruptcy Institute

**Representative Cases**
- *Educational Credit Management Corp. v. Waterhouse*, 333 B.R. 102 (W.D.N.C. 2005)
- *Educational Credit Management Corp. v. Gouge*, 320 B.R. 582 (W.D.N.C. 2005)
- *In re: Pritzel*, 287 B.R. 152 (E.D.N.C. 2002)
- *G.E. Capital Mortg. Services, Inc. v. Neely*, 135 N.C. App. 187, 519 S.E.2d 553 (1999)

**Concentration**
- Bankruptcy/workouts for troubled businesses and individuals associated with those businesses
- Represent State and Federally appointed Receivers and Trustees
- Defend parties in bankruptcy litigation including preferential transfer and fraudulent transfer actions

**Recognition**
- Martindale-Hubble, AV Preeminent Peer Review Rated

**Admissions**
- North Carolina State Bar (1994)
- U.S. District Courts for the Western District, Middle and Eastern Districts of North Carolina

[Updated July 2015]

Exhibit C