**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>Hudler Tree Farm, LLC,<br><br>           Debtor. | Chapter 7<br><br>Case No. 18-50803 |

**APPLICATION FOR COMPENSATION**
**TO MIDDLESWARTH, BOWERS & CO., LLP**

A. Cotten Wright, the trustee in the above-referenced case (the "Trustee"), hereby files this *Application for Compensation to Middleswarth, Bowers & Co., LLP* ("Bowers") for fees and reimbursement of expenses for the period January 7, 2019 through July 23, 2019, respectfully represents as follows:

1. On January 15, 2019, the Court entered an Order on the Trustee's application to employ Bowers as accountants for the Trustee in this case. (D.E. 14).

2. Bowers contends that it spent the following collective time in performing the services referred to herein, and it is informed and believes that its services rendered as accountants for the Trustee are reasonably worth the sum set forth below, and that it should be allowed and paid said sum as professional fees and expenses as a cost of administration of the bankruptcy estate:

| | | | |
|---|---|---|---:|
| Edward P. Bowers | 1.00 hrs. | @ $285 | $285.00 |
| Laurie LeGrand | 0.00 hrs. | @ $225 | $0.00 |
| Michael T. Bowers | 7.40 hrs.. | @ $225 | $1,665.00 |
| Akiko Bowers | 0.00 hrs. | @ $85 | $0.00 |
| **Total Fees:** | | | **$1,950.00** |
| Expenses: | | | $    5.30 |
| **Total Fees & Expenses:** | | | **$1,955.30** |

1

3. Attached hereto as **Exhibit A** is a summary of Bowers' prior applications for compensation in this case. **Exhibit B** reflects a summary of the total billings of all time-keepers for the application period. **Exhibit C** provides the detail relative to Bowers' current fees and expenses, broken out by task categories.

WHEREFORE, the Trustee requests that the court approve compensation for Bowers in the amount of **$1,950.00** and expenses reimbursed in the amount of **$5.30** to Bowers from the estate as a cost of administration in this matter.

This the 7th day of October, 2019.

*/s/ A. Cotten Wright*
A. Cotten Wright (State Bar No. 28162)
Grier Wright Martinez, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
(704) 332-0207 Telephone
(704) 332-0215 Facsimile
cwright@grierlaw.com

*Attorneys for the Trustee*

# EXHIBIT A
## SUMMARY OF PRIOR FEE APPLICATIONS

----

| Application Date | Accountant Fees Applied For | Accountant Expenses Applied For | Accountant Fees & Expenses Received | Order Date |
|---|---|---|---|---|
| None | | | | |

**EXHIBIT B**
**USER TIME SUMMARY**

|  | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Fees: | | | | |
| Edward P. Bowers | Partner | 1.00 | 285.00 | 285.00 |
| Michael T. Bowers | Partner | 7.40 | 225.00 | 1,665.00 |
| Laurie LeGrand | Associate | 0.00 | 225.00 | 0.00 |
| Akiko Bowers | Bookeeper | 0.00 | 85.00 | 0.00 |
| | | | Total Fees | 1,950.00 |
| Expenses: | | | | |
| | | | PACER Charges | 4.80 |
| | | | Postage | 0.50 |
| | | | Total Expenses | 5.30 |
| | | | Total Fees & Expenses | 1,955.30 |

```
Hudler Tree Farm, LLC                      INVOICE NO.:  0013385-IN
                                                  DATE:  10/02/19
                                           CLIENT CODE:  1850803
        ,
                                              PAGE NO.:  1
---------------------------------------------------------------------
FOR PROFESSIONAL SERVICES RENDERED:           HOURS       AMOUNT
---------------------------------------------------------------------

FORENSIC ACCOUNTING

01/07/19   Edward P. Bowers                    .15         42.75
           Review petition and docket. Email to C.Wright re:
           records.
01/08/19   Edward P. Bowers                    .15         42.75
           Call with C.Wright re: case.
01/11/19   Edward P. Bowers                    .70        199.50
           Email with H.Barker (0.10). Call with her (0.10).
           Download and restore Quickbooks to server (0.50).
02/18/19   Michael T. Bowers                  2.30        517.50
           Work on beginning trustee review of the activity
           for recoverable transactions. Discuss Darcy Baker
           with E.Bowers re: potential insider.
02/19/19   Michael T. Bowers                  1.20        270.00
           Continue work on trustee reviews
02/20/19   Michael T. Bowers                  1.35        303.75
           Continue trustee review.
02/25/19   Michael T. Bowers                  1.15        258.75
           Continue trustee review.
06/19/19   Michael T. Bowers                  1.25        281.25
           Work on report to trustee on insider review
07/23/19   Michael T. Bowers                   .15         33.75
           Email from A.Gorman re: 2018 Hudler Tree Farm.
           Download accrued reports and email to A.Stull.
                                                        ------------
                                           TOTAL FEES:   1950.00

EXPENSES

01/30/19   Postage                                           .50
01/31/19   PACER Chrgs - Jan 19                             1.20
03/31/19   PACER Charges Mar 19                             3.60
                                                        ------------
                                        TOTAL EXPENSES:     5.30

                                                        ------------
                                           AMOUNT DUE:   1955.30
```