```
┌─────────────────────────────────┐
│   FILED & JUDGMENT ENTERED       │
│        Steven T. Salata          │
│   ┌─────────────────────────┐    │
│   │                         │    │
│   │     November  7  2019   │    │
│   │                         │    │
│   └─────────────────────────┘    │
│   Clerk, U.S. Bankruptcy Court   │
│   Western District of North      │
│            Carolina              │
└─────────────────────────────────┘
```

*Laura T Beyer*
_____
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| In re: | |
| Hudler Tree Farm, LLC, | Chapter 7 |
| Debtor. | Case No. 18-50803 |

## ORDER ON APPLICATION FOR COMPENSATION TO
## GRIER WRIGHT MARTINEZ, PA

This matter came before the Court on the *Application for Compensation to Grier Wright Martinez, PA*, filed by A. Cotten Wright, the duly appointed chapter 7 trustee in this case, on October 7, 2019 (the "Application").  D.E. 55.  The Court finds and concludes as follows:

1. A *Notice of Opportunity for Hearing* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Application.

2. Grier & Crisp, PA, now known as Grier Wright Martinez, PA, has rendered valuable services to the trustee during this Chapter 7 proceeding for which it has received no compensation and the reasonable value of services as yet uncompensated is at least $11,303.50.

3. Grier Wright Martinez, PA is entitled to reimbursement for expenses in the amount of $245.29.

IT IS THEREFORE **ORDERED** that Grier Wright Martinez, PA is hereby awarded the sum of **$11,303.50** in fees and **$245.29** in expenses, for services rendered.

This Order has been signed
electronically.  The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court